**No. 57023.**—Bloomingdale Bros., Inc., and J. H. Bleistein, Inc. v. United States, protests 798032–G and 48870–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of goatskins the same in all material respects as those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.

**No. 57024.**—Hillman Importing & Trading Co., Inc. v. United States, protest 172082–K (B) (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hair pencils similar in all material respects to those the subject of *Solo Horton Brush Co. (Inc.)* v. *United States* (63 Treas. Dec. 143, T. D. 46123), the claim of the plaintiff was sustained.

**No. 57025.**—Kopf Manufacturing Co. v. United States, protest 187706–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.